# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br>2201 C Street, N.W.<br>Washington, DC 20520,<br><br>    Defendant. | Civil Action No. 17-1898<br>ECF |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

### Nature of Action

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of certain agency records.

### Jurisdiction and Venue

2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3.  Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

### Parties

4.  Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. The Center's mission is "[t]o serve democracy by

revealing abuses of power, corruption and betrayal of public trust by powerful public and private institutions, using the tools of investigative journalism." "About The Center for Public Integrity," http://www.publicintegrity.org/about. Plaintiff is the requester of the withheld records.

5. Defendant, U.S. Department of State, is an agency of the United States. Defendant has possession of and control over the records that Plaintiff seeks.

### Plaintiff's First Freedom of Information Request

6. On June 12, 2017, Plaintiff requested from the State Department:

> Any records, documents, emails, questionnaires, memoranda, phone logs or other correspondence or communications between State Department employees Daniel Fried, Kathleen Kavalec, Sandra Oudkirk, Bob Bailey, or Eric Green with, or concerning, Michael Borden or Rick Boucher of the law firm Sidley Austin or Andrey Kostin or VTB Bank, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is April 2, 2015 through the present.

The State Department granted expedited processing and assigned Case Control Number F-2017-12724 to this request.

7. On July 10, 2017, Plaintiff requested from the State Department an estimated date of completion for this request. The State Department has not communicated to Plaintiff an estimated date of completion.

8. Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

9. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

10. Plaintiff has a statutory right to the withheld records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

**Plaintiff's Second Freedom of Information Request**

11. On June 12, 2017, Plaintiff requested from the State Department:

> Any records, documents, emails, questionnaires, memoranda, phone logs or other correspondence or communications between State Department employees Daniel Fried, Kathleen Kavalec, Sandra Oudkirk, Bob Bailey, or Eric Green with, or concerning, John Breaux, Trent Lott, Joseph Brand, Joseph LeBaron, or Stephen McHale of the law firm Patton Boggs concerning Gazprombank, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is August 1, 2014 through the present.

The State Department granted expedited processing and assigned Case Control Number F-2017-12726 to this request.

12. As of July 13, 2017, the State Department estimated that the date of completion for processing this request would be December 20, 2017.

13. Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

14. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

15. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

**Plaintiff's Third Freedom of Information Request**

16. On June 14, 2017, Plaintiff requested from the State Department:

> Any records, documents, emails, questionnaires, memoranda, phone logs or other correspondence or communications between State Department employees Daniel Fried, Kathleen Kavalec, Sandra Oudkirk, Bob Bailey, or Eric Green with, or concerning, Emanuel A. "Mike" Manatos of the firm Manatos & Manatos, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is August 1, 2014 through the present.

The State Department granted expedited processing and assigned Case Control Number F-2017-12781 to this request.

17. As of July 11, 2017, the State Department estimated that the date of completion for processing this request would be December 31, 2017.

18. Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

19. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

20. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

## Plaintiff's Fourth Freedom of Information Request

21. On June 14, 2017, Plaintiff requested from the State Department:

> Any records, documents, emails, questionnaires, memoranda, phone logs or other correspondence or communications between State Department employees Daniel Fried, Kathleen Kavalec, Sandra Oudkirk, Bob Bailey, or Eric Green with, or concerning, Anthony Podesta, Stephen Rademaker, or David Adams of the Podesta Group or any other representative of Sberbank or concerning Sberbank, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is April 2, 2015 through the present.

The State Department granted expedited processing and assigned Case Control Number F-2017-12795 to this request.

22. As of August 23, 2017, the State Department estimated that the date of completion for processing this request would be January 2018.

23. Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

4

24. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

25. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

### **Plaintiff's Fifth Freedom of Information Request**

26. On June 14, 2017, Plaintiff requested from the State Department:

> Any records, documents, emails, questionnaires, memoranda, phone logs or other correspondence or communications between State Department employees Daniel Fried, Kathleen Kavalec, Sandra Oudkirk, Bob Bailey, or Eric Green with, or concerning, Addison Smith of Sphere Consulting or SGR, or concerning Sberbank, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is April 2, 2015 through the present.

The State Department granted expedited processing and assigned Case Control Number F-2017-12798 to this request.

27. As of July 13, 2017, the State Department estimated that the date of completion for processing this request would be December 20, 2017.

28. On July 27, 2017, Defendant sent one responsive document, with redactions, to Plaintiff. Defendant indicated that its response to this request was not yet complete and that it had not made a final determination on Plaintiff's request.

29. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

30. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

### **Demand for Relief**

WHEREFORE, Plaintiff requests that this Court:

1. Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

2. Order Defendant to make the requested records available to Plaintiff;

3. Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

September 15, 2017